UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-269 (JDB) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DOUGLAS | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Alex Shawe at telephone number (202) 514-9519 and/or email address Alex.Shawe@usdoj.gov. Mr. Shawe will substitute for AUSA Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
ALEX SHAWE
Assistant United States Attorney
Narcotics Section, Bar No. 449258
555 4th Street, N.W. Room 4239
Washington, DC 20530
(202) 514-9519

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon the attorney for the defendant, Douglas James Wood on this 11th day of August, 2005.

_____
ALEX SHAWE
Assistant United States Attorney