UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 2 2005



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

v.          :          Criminal Action No. 05-269 (JDB)

MICHAEL DOUGLAS,          :

        Defendant.          :

### ORDER

Upon the oral motion of defendant ___MICHAEL DOUGLAS___, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from ___8/12/05___ through and including ___8/31/05___, shall be excluded in computing the date for speedy trial in this case.

Dated: ___August 12, 2005___

                                              JOHN D. BATES
                                          United States District Judge

AGREED:

___Michael Douglas___
Defendant

_____
Defense Counsel

_____
Attorney for United States