## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Cr No: 05-269 (JBD)** |
| v. | : | |
| | : | |
| **MICHAEL DOUGLAS** | : | |

### DEFENDANT'S MOTION TO SUPPRESS TANGIBLE EVIDENCE

Michael Douglas, the defendant, through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 12(b) and the Fourth Amendment to the United States Constitution, to suppress the use as evidence of all tangible evidence allegedly obtained from Mr. Douglas and the house he was in on June 23, 2005. A hearing is requested on this motion.

In support of this motion, counsel states:

1. Mr. Douglas is charged with possession with intent to distribute 50 grams or more of cocaine base; unlawful possession with the intent to distribute cannabis; using, carrying, and possessing a firearm during a drug trafficking offense, and possession of a firearm by a person previously convicted of a crime punishable by imprisonment for more than one year.

2. The charge arises out of an incident which allegedly occurred on June 23, 2005. On that date, officers of the D.C. Metropolitan Police Department arrested Mr. Douglas and searched the home he was in pursuant to a warrant. The warrant was signed by Superior Court Judge Robert Tignor on June 22, 2005.

3. According to information provided to counsel pursuant to Federal Criminal Procedure Rule 16, upon entering 2230 15th Street, NE, to execute a search warrant, police seized Mr. Douglas, who was allegedly running in circles on the second floor of the residence. The

executing officers allegedly saw Mr. Douglas discard a clear plastic bag containing smaller plastic bags of a white rock like substance which was later recovered.  A search of the home allegedly also recovered a digital scale, another plastic bag containing smaller plastic bags of crack cocaine in a Tootsie Roll container, an orange pill bottle containing bags of crack cocaine, a white piece of paper containing green weed, an ashtray containing loose rocks of crack cocaine, two other plastic bags containing smaller bags of crack cocaine, empty plastic baggies, two rolled "blunts" of marijuana, a bag containing 25 grams of marijuana, and a handgun under a chair.  A search of Mr. Douglas's pockets allegedly uncovered $1, 874.00 in U.S. currency.

      4.      In violation of the 4th Amendment and the United States District Court Code and Rules, the officers forcibly entered the house by using a pry-bar, without knocking and announcing their presence and waiting for the occupants to admit them.  In addition, Mr. Douglas denies that he discarded a plastic bag containing smaller bags of crack cocaine, and denies that there was any other lawful basis for a search of his person.

      5.      The searches of Mr. Douglas and the home he was in were in violation of Mr. Douglas's Fourth Amendment rights.

      WHEREFORE, for the foregoing reasons, and for such other reasons as may appear at a hearing on this Motion, Mr. Douglas respectfully requests that this Court suppress the use as evidence of all tangible objects allegedly seized from him or from the home he was in on June 23, 2005.

Respectfully submitted,

_____
Douglas Wood
Counsel for Mr. Douglas
Roberts & Wood
6801 Kenilworth Ave., Suite 202
Riverdale, MD  20737
(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion to Suppress Tangible Evidence and attached Memorandum of Points and Authorities in Support of Defendant's Motion to Suppress Tangible Evidence been hand delivered to AUSA Alexander P. Shaw, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C.  20001 this ____ day of _____, 2005.

_____
Douglas Wood