IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Cr No: 05-269 (JBD) |
| v. | : | |
| | : | |
| MICHAEL DOUGLAS | : | |

<u>DEFENDANT'S MOTION TO SUPPRESS STATEMENTS</u>

Michael Douglas, the Defendant, through undersigned counsel, respectfully moves this Honorable Court to suppress the use as evidence of alleged statements made by Mr. Douglas. In support of this motion, counsel states the following:

1. Mr. Douglas is charged with possession with intent to distribute 50 grams or more of cocaine base; unlawful possession with the intent to distribute cannabis; using, carrying, and possessing a firearm during a drug trafficking offense, and possession of a firearm by a person previously convicted of a crime punishable by imprisonment for more than one year.

2. The charges arise out of an incident which allegedly occurred on June 23, 2005.

3. According to information provided to counsel pursuant to Federal Rule Criminal Procedure 16, after he had been detained on June 23, 2005, and before he had been advised of his *Miranda* rights, Mr. Douglas allegedly said "Let everyone go, all the stuff is mine." When questioned further, Mr. Douglas allegedly clarified that he was referring to "all the stuff downstairs."

4. According to police, Mr. Douglas had not yet been given, nor had he waived, his *Miranda* rights. When Mr. Douglas eventually was advised of his *Miranda* rights, he specifically declined to make any statements without his attorney, and to answer any

questions at all.

5. Any statements made, were made in response to custodial questioning.

6. Mr. Douglas' alleged statements were obtained in violation of his fourth, fifth, and sixth amendment rights.

7. Mr. Douglas' alleged statement was involuntary.

6. Mr. Douglas' alleged statement was obtained in violation of his *Miranda* rights.

WHEREFORE, for the foregoing reasons and for such other reasons as may be advanced at a hearing on this motion, Mr. Douglas respectfully requests that the Court suppress the use as evidence of all statements allegedly made by Mr. Douglas.

Respectfully submitted,

_____
Douglas Wood
Counsel for Mr. Douglas
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland  20737
(301) 699-0764

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion to Suppress Statements and attached Memorandum of Points and Authorities in Support of Defendant's Motion to Suppress Statements was delivered by mail to Alexander Shaw, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C.  20001, this \_\_\_\_ day of _____, 2005.

_____
Douglas Wood