IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Cr No: 05-269 (JBD) |
| v. | : | |
| | : | |
| MICHAEL DOUGLAS | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE
PRETRIAL MOTIONS**

Pursuant to Federal Criminal Rule 45(b), Defendant, Michael Douglas, by and through counsel, respectfully moves this Honorable Court for leave to file the defendant's pretrial motions late. In support of this motion, counsel states the following:

1. Pretrial Motions in this case were due September 14, 2005.

2. Due to an extremely busy trial schedule over the past few months, including two homicide trials in Prince George's County, Maryland which was completed on September 16, 2005, counsel failed to timely file pretrial motions.

3. Assigned AUSA Alexander Shaw has no opposition to the late filing of the instant motions.

WHEREFORE, Mr. Douglas respectfully requests permission to late file the instant motions.

Respectfully submitted,

_____
Douglas Wood
Counsel for Mr. Douglas
Roberts & Wood
6801 Kenilworth Ave., Suite 202
Riverdale, MD  20737
(301) 699-0764

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion has been sent by mail this _____ day of _____, 2005, to:

AUSA Alexander Shaw
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

_____
Douglas Wood