## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Cr No: 05-269 (JBD)** |
| v. | : | |
| | : | |
| **MICHAEL DOUGLAS** | : | |

_____ ORDER

     Upon consideration of Defendant's Unopposed Motion For Leave to Late File Pretrial

Motions, there being no discernible prejudice, it is hereby

     ORDERED that the motion is granted.


                   _____
                   Judge

Copies to:

Douglas Wood
Roberts & Wood
6801 Kenilworth Ave.
Suite 202
Riverdale, MD 20737

AUSA Alexander Shaw
Office of the United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20001