UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-269 (JDB) |
| v. | : | |
| MICHAEL DOUGLAS, | : | |
| Defendant. | : | |

**FILED**
NOV 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant hereby submit this Factual Proffer in Support of a Guilty Plea.

1. Defendant is charged through an indictment with Unlawful Possession With the Intent to Distribute 50 Grams or More of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii). The essential elements of this offense are:

   A. That defendant knowingly possessed at least 50 grams of cocaine base; and

   B. That he did so with the specific intent to distribute that cocaine base.

2. At a trial, the government's evidence would have proven the following: at 7:50pm, on June 23, 2005, at _____ D.C., members of the Metropolitan Police Department ("MPD") 5th District executed a search warrant at defendant's residence. Inside the house, the officers saw defendant toss aside a ziplock bag containing 100 smaller bags packed with cocaine base as he ran inside a second-floor bedroom. In executing the search, the officers recovered the following: an approximate total of 110 grams of cocaine base, almost all of which was sitting in plain view inside the house and all of which was constructively possessed by defendant; over $1,874

6

from defendant's person; a Taurus 9 .mm handgun loaded with 10 rounds of ammunition; and twenty-five grams of marijuana. Defendant waived his Miranda rights at the Fifth District station and gave a videotaped statement in which he acknowledged possession of both the drugs and the gun. Finally, the government's evidence would have proven both that defendant possessed the 110 grams of cocaine base for purposes of distribution and not for personal use.

3. This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offenses of Unlawful Possession With the Intent to Distribute 50 Grams or More of Cocaine Base.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

        _____
        ALEXANDER P. SHAWE
        Assistant United States Attorney
        DC Bar No. 472-492
        Narcotics Section
        555 4th Street, N.W. – Room 4239
        Washington, D.C. 20001
        (202) 514-9519

## DEFENDANT MICHAEL DOUGLAS'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Douglas Wood, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 11-2-05                    _Michael Douglas_____
                                 Michael Douglas
                                 Defendant


## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 11/2/05                    _____
                                 Douglas Wood, Esquire
                                 Attorney for Michael Douglas