HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0269 |
| --- | --- | --- |
| vs. | : | |
| Douglas, Michael | : | Disclosure Date: December 14, 2005 |

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Michael Douglas_  12-20-05        _[signature]_  12-20-05
**Defendant**        Date        **Defense Counsel**        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 28, 2005**, to U.S. Probation Officer **Monica Johnson**, telephone number (202) 565-1332, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

PAGE 4---PSI says he was arrested 10/13/01 and released 10/16/01. This is not true. He says his last arrest was 6/23/05 and prior to that iw was 12/11/96

PAGE 5 paragraph 17 PSI mentions a gun. He says he pled to count 1 and 2 points were added. Wants to know where the two points came from

PAGE 9 paragraph 37  PSI states his address at time of offense was 2230 15th Street, NE. He was living at 5304 62nd Avenue in MD at the time of offense.

Page 11 paragraph 55 PSI says he owes over 6,000 dollars on a discover credit card. He has never had a credit card in his life

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____